IN THE UNITED STATES DISTRICT COURT FOR
THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| SMALL BUSINESS LOAN SOURCE, LLC, | * |
| Plaintiff, | * |
| vs. | *   CIVIL ACTION NO. CV-06-767-CG-M |
| F/V LUCKY JIMMY, her engines, tackle, furniture, appurtenances, etc., in rem, | *   IN REM |
| Defendant. | * |

## ORDER FOR WRIT OF ARREST

This cause is before the court on Plaintiff Small Business Loan Source, LLC's request for the issuance of a writ of arrest of the F/V LUCKY JIMMY.

Upon review of the Verified Complaint and supporting pleadings, it appears to the court that the conditions for the issuance of a writ of arrest of the F/V LUCKY JIMMY pursuant to Rule C of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure do exist. This court is of the opinion that Plaintiff's request is due to be granted.

It is, therefore, **ORDERED** that the Clerk issue a writ of arrest against the F/V LUCKY JIMMY.

**DONE and ORDERED** this the 13th day of November, 2006.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE